IN THE SUPREME COURT OF TEXAS

 No. 04-1099

 IN RE KPMG LLP

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay is granted. The order
dated October 29, 2004, in Cause No. 03-05643-B, styled Highland Capital
Management, L.P. on behalf of itself and on behalf of ML CBO IV (CAYMAN)
LTD., Highland Lecacy LTD., Pam Capital Funding L.P., and Prosect Street
High Income Portfolio Inc., in the 44th District Court of Dallas County,
Texas, is stayed pending further order of this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., December
27, 2004.

 Done at the City of Austin, this 14th day of December, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk